United States District Court
Southern District of Texas
**ENTERED**
November 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:21-cr-02028-02 |
| | § | |
| | § | |
| PABLO TALAVERA, JR. | § | |

## ORDER

Came on to be considered Defendant Pablo Talavera, Jr.'s "Unopposed Motion to Modify Conditions of Release."[1] The Court, after duly considering said motion and the Court's record, hereby **GRANTS** the motion to travel. Accordingly, Pablo Talavera, Jr. may travel as stated in the motion from November 23, 2023, and return no later than November 26, 2023. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other bond terms conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of November 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 111.